No. 84–764. IN RE NEW ORLEANS PUBLIC SERVICE, INC. C. A. 5th Cir. Petition for writ of certiorari and/or mandamus denied.